No. 87–1887.  SHELLEY v. CITY OF LOS ANGELES.  C. A. 9th Cir.  Certiorari denied.

No. 87–1913.  RESHARD v. BURNLEY, SECRETARY, UNITED STATES DEPARTMENT OF TRANSPORTATION.  C. A. D. C. Cir. Certiorari denied.

No. 87–1952.  VANLANDINGHAM v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.

No. 87–1982.  AVERY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 87–1993.  ROBINSON v. VIRGINIA STATE BAR EX REL. THIRD DISTRICT COMMITTEE.  Sup. Ct. Va.  Certiorari denied.

No. 87–1996.  AYARS ET UX. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 87–1998.  FERNANDEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–1999.  PFLUGER ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 87–2005.  HENRY v. MROSAK ET UX.  Ct. App. Minn. Certiorari denied.

No. 87–5940.  WHITEHORN v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 87–6615.  RILEY v. SMITH.  C. A. 6th Cir.  Certiorari denied.

No. 87–6625.  TRACY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 87–6651.  REID v. MISSOURI.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 87–6667.  LEACH v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 87–6754.  ALLEN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.